No. 10–8558. RODRIGUEZ MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8562. CASTANEDA-ALFARO v. UNITED STATES and ISIDRO-ACOSTA v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 10–8732. KEETER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8843. BROWN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–9644. GASTON v. CURRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9662. SANABRIA v. RICCI, ASSOCIATE ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9664. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–9665. SCOTT v. PADULA ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9670. BUTLER v. TAYLOR, ACTING DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–9675. CABALLERO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–9693. KOKAL v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9696. BELL v. GRIFFIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–9697. THARPE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.